IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAILER SOURCE, INC., ) | |
| ) | |
|     Debtor, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-00148 |
| ) | Judge Trauger |
| HYUNDAI TRANSLEAD, INC., ) | |
| ) | |
|     Creditor. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Withdraw the Reference to the Bankruptcy Court and to Modify the Automatic Stay filed by Hyundai Translead, Inc. ("Hyundai") (Docket No. 1) is **GRANTED IN PART** and **DENIED IN PART**. The court hereby withdraws the reference to the bankruptcy court of Hyundai's Motion to Modify the Automatic Stay. The proposed counterclaims filed by Hyundai in Case No. 3:04-0582 (Case No. 3:04-0582, Docket No. 131, Ex. 1) are hereby deemed incorporated into Hyundai's Answer and Affirmative Defenses (Case No. 3:04-0582, Docket No. 131), and all proceedings relating to Hyundai's counterclaims shall be **STAYED**.

Proceedings under Case No. 3:10-cv-00148 are hereby **CLOSED**. This Order shall constitute the judgment in this case.

It is so Ordered.

Entered this 29th day of March 2010.

_____
ALETA A. TRAUGER
United States District Judge